IN THE UNITED STATES DISTRICT COURT'
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

LAWANDA HYMAN,

     Plaintiff,

v.                                          C.A. No.: 3:13-cv-02680

P & S HEALTHCARE LP d/b/a
DFW NURSING & REHAB,

     Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, LAWANDA HYMAN, by and through her undersigned counsel, and sues the Defendant, P & S HEALTHCARE LP d/b/a DFW NURSING & REHAB, and in support thereof states as follows:

1.     Plaintiff brings this action for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b).

2.     Plaintiff is an individual residing in the State of Texas.

3.     Defendant, P & S HEALTHCARE LP, is a limited partnership company formed and existing under the laws of the State of Texas and which maintains and operates offices in the State of Texas.

4.     Jurisdiction is conferred on this Court by Title 28 U.S.C. §1337 and by Title 29 U.S.C. §216(b). At all times pertinent to this complaint, P & S HEALTHCARE LP, was an enterprise engaged in interstate commerce. At all times pertinent to this Complaint, Defendant regularly owned and operated businesses engaged in commerce or in the production of goods for commerce as defined by §3(r) and 3(s) of the Act, 29 U.S.C. §203(r) and 203(s). Additionally,

Plaintiff was individually engaged in commerce and her work was essential to Defendant's business.

5.      Venue is proper in this district under 28 U.S.C. § 1391.

6.      The Plaintiff worked for Defendant from July 11, 2012 through April 2013 as a nursing assistant.

7.      During one or more weeks of Plaintiff's employment with Defendant, Plaintiff worked in excess of forty (40) hours (overtime hours).

8.      During one or more weeks of Plaintiff's employment with Defendant wherein Plaintiff worked overtime hours, Defendant failed to pay Plaintiff one and one-half times her regular rate of pay for each overtime hour worked.

9.      The acts described in the preceding paragraph violate the Fair Labor Standards Act, which prohibits the denial of overtime compensation for hours worked in excess of forty (40) per workweek.  Defendant willfully violated Plaintiff's rights under the FLSA.

10.     As a result of Defendant's unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime which was not paid and which should have been paid.

11.     Section 216(b) of the FLSA provides that any employer who violates the statute shall be liable for unpaid overtime pay and an additional equal amount as liquidated damages. Therefore, Plaintiff seeks an award of liquidated damages in an equal amount as the amount of unpaid overtime pay.

12. Plaintiff also seeks compensation of the out-of-pocket expenses and costs of court she will have incurred in this action. Plaintiff is also entitled to reasonable and necessary attorneys fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that:

1. The Court assume jurisdiction of this cause and that Defendant be cited to appear;

2. The Court award damages to Plaintiff as specified above;

3. The Court award reasonable and necessary attorneys' and expert fees and costs;

4. The Court award Plaintiff pre-and post-judgment interest at the highest rates allowed.

Plaintiff further prays for any such other relief as the Court may find proper, whether at law or in equity.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted this 11th day of July 2013.

> ROSS LAW GROUP
> 1104 San Antonio Street
> Austin, Texas 78701
> (512) 474-7677 Telephone
> (512) 474-5306 Facsimile
> Charles@rosslawgroup.com
>
> _____
> **CHARLES L. SCALISE**
> Texas Bar No. 24064621
> **DANIEL B. ROSS**
> State Bar No.: 789810

JOHN F. POLEWSKI
Texas Bar No. 16088610
Polewski & Associates, P.C.
1229 E. Pleasant Run Road, Ste. 120
Desoto, Texas 75115
(972) 228-1716 Telephone
(972) 228-1748 Facsimile

**ATTORNEYS FOR PLAINTIFF**